Delores MAYS, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 65243.

Missouri Court of Appeals, Western District.

March 28, 2006.

Delores Mays, Belleville, IL, pro se.

Ninion S. Riley, Esq., Jefferson City, MO, for Respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

### ORDER

PER CURIAM.

Delores Mays appeals the Labor and Industrial Relations Commission's denial of her claim for unemployment compensation. Upon review of the briefs and the record, we find no error and affirm the Commission's Order. The parties have been provided with a Memorandum ex-

---

**11.** The state plan can be found at http://www.cms.hhs.gov/medicaid/stateplans/toc.asp?state=MO.

**12.** *Id.* Attachment 3.1–A.24.f.3 at 18g.

plaining the reasons for our decision be- cause a published opinion would have no precedential value.

AFFIRMED. **Rule 84.16(b).**